NANCY HOFFMEIER ZAMORA (State Bar No. 137326)
U.S. Bank Tower
633 West 5th Street, Suite 2600
Los Angeles, California   90071
(213) 488-9411    FAX:  (213) 488-9418
e-mail:  zamora3@aol.com

Chapter 7 Trustee

FILED & ENTERED

JUN 29 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY cetulio    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>MADERA ROYAL, LLC,<br><br>            Debtor. | Case No. 1:10-11624-KT<br><br>Chapter 7<br><br>ORDER AUTHORIZING TRUSTEE TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS<br><br>[refer to motion filed as docket entry no. 27]<br><br>DATE:  June 29, 2010<br>TIME:  2:00 p.m.<br>CTRM:  301 |

    The hearing (the "Hearing") on the motion by Chapter 7 Trustee Nancy Hoffmeier Zamora ("Trustee") in the above-entitled bankruptcy case (the "Case") of debtor Madera Royal, LLC ("Debtor") for an order of the United States Bankruptcy Court (the "Court") authorizing Trustee to sell certain commercial real property commonly known as 1424 Madera Road, Simi Valley, California 93065(the "Real Property") free and clear of any interests and liens pursuant to 11 U.S.C. §363(b),(f) and (m) on an "AS-IS, WHERE-IS" basis, to Cowboy & Company LLC and/or its assigns ("Buyer") as a good-faith purchaser for a total sales price of $2,225,000.00 (the "Sales Price") and on the other terms and

Madera\saleorder.001

1

conditions set forth in that certain First Amended Purchase and Sale Agreement and Escrow Instructions (Commercial Real Property) dated as of June 7, 2010 (the "Agreement") was held on June 29, 2010, the Honorable Kathleen Thompson, United States Bankruptcy Judge, presiding. Nancy Hoffmeier Zamora, Esq., Chapter 7 Trustee, appeared as movant. Other appearances were made as noted on the record. The Hearing was held on shortened notice pursuant to Local Bankruptcy Rule 9075-1(b). The sale motion is filed as docket entry no. 27 in the Case.

Having read and considered the Motion for Order Authorizing Trustee to Sell Real Property Free and Clear of Liens, Subject to Overbid; Memorandum of Points and Authorities; Declaration of Nancy Hoffmeier Zamora, including all exhibits, (the "Sale Motion") (docket entry no. 27), the notice of hearing on the Sale Motion (the "Hearing Notice") (docket entry no. 30), the notice of sale of estate property (docket entry no. 34), Trustee's declaration regarding telephonic and written notice of the Hearing (docket entry no. 33), and the *ex parte* application for order setting hearing on shortened notice, including the supporting declaration and exhibit (the "Application") (docket entry no. 28); no objection to the Motion having been filed or made orally at the Hearing; no qualified overbidders appearing at the Hearing; having considered such argument as was made and such evidence as was presented at the Hearing; notice of the Hearing and the Sale Motion having been proper pursuant to the Court's order granting the Application; and good cause appearing therefore

**IT IS HEREBY ORDERED** that the Motion is granted in its entirety; and

**IT IS FURTHER ORDERED** that Trustee is authorized to sell the Real Property free and clear of liens to Buyer for the Sales Price of $2,225,000.00 and on the terms and conditions set forth in the Agreement attached to the Motion and incorporated therein; and

**IT IS FURTHER ORDERED** that Buyer purchases the Real Property subject to existing leases, "AS-IS, WHERE-IS", with such rights and obligations that exist as of June 29, 2010, except that Trustee shall have the right and obligation to seek approval of any resolutions or compromises entered into with existing lessees of Real Property dated on or before June 29, 2010, even though such resolutions or compromises are not yet approved by the Court and, upon approval by the Court, such compromises shall be made effective as of the date of sale of the Real Property; and

**IT IS FURTHER ORDERED** that Trustee is authorized to execute, on behalf of the Estate, any and all documents necessary to sell and transfer the Real Property to Buyer and to effectuate assignment of the existing leases, including, but not limited to the Agreement, escrow instructions, and a transfer deed on behalf of the Estate; and

**IT IS FURTHER ORDERED** that Trustee is authorized to pay the debt secured by the first trust deed for the benefit of Wells Fargo Bank; the debt secured by the second trust deed for the benefit of CDC/Small Business Finance (U.S. Small Business Administration) in the reduced amount of $40,000.00; delinquent and current pro rated real property taxes; the Estate's closing costs, including, but not limited to, transfer taxes, escrow fees, title fees, recording fees, and broker's commission of 3.5% of the Sales Price to Rodeo

. . . .

Realty, Inc.; invoices for clean-up, repair and maintenance services owed to Gerardo Garcia for services performed; and the invoice for property insurance owed to Trustee Insurance Agency; other valid liens, if any; and the remaining proceeds from sale of the Real Property to the Estate made payable to "Nancy Zamora, Chapter 7 Trustee", all as set forth in the Motion, through the sale escrow for the Real Property at Encore Escrow ("Escrow Company"); and

**IT IS FURTHER ORDERED** that Escrow Company is authorized to disburse funds from the Sales Price as set forth above; and

**IT IS FURTHER ORDERED** that that Buyer is entitled to the protections of § 363(m) of the Bankruptcy Code as a "good faith" purchaser, that this order shall be effective immediately upon entry, and that the effectiveness of this order shall not be affected by the statutory appeal period unless the Court enters a stay of this order to sell the Real Property pending appeal; and

**IT IS FURTHER ORDERED** that notice of the Hearing, the Sale Motion, and of the sale is proper and adequate.

###

DATED: June 29, 2010

*Kathleen Thompson*
United States Bankruptcy Judge

Madera\saleorder.001

4

| | |
|---|---|
| In re<br>MADERA ROYAL, LLC,<br><br>Debtor(s). | CHAPTER 7<br><br>CASE NO.: 1:10-11624-KT |

**NOTE TO USERS OF THIS FORM:**
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)

Order Authorizing Trustee to Sell Real Property Free and Clear of Liens

was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of June 24, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov; Nancy J. Zamora, zamora3@aol.com, nzamora@ecf.epiqsystems.com; Marc Andrews, Sandra.g.mcmasters@wellsfargo.com; Jennifer Witherell Crastz, jcrastz@hemar-rousso.com; Charles Shamash, cs@locs.com, generalbox@locs.com; Diane Weil, dcw@dcweillaw.com, dweil@ecf.epiqsystems.com; Drew A. Callahan, dcallahan@piteduncan.com, kduke@piteduncan.com
☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:
Debtor: Madera Royal, LLC, P.O. Box 3064, Thousand Oaks, CA 91359
Behnaz Tavakoli, Rodeo Realty, Inc., 23528 Calabasas Road, Calabasas, CA 91302
Samuel R. Biggs, CPA, Biggs & Co., 3250 Ocean Park Boulevard, Suite 350, Santa Monica, CA 90405
Jenica Pivnik, Encore Escrow, 23564 Calabasas Road, #107, Calabasas, CA 91302
John D. Ott, Esq., The Law Office of John D. Ott, APC, 550 N. Parkcenter Dr., Suite 204, Santa Ana, CA 92705
Peter Mehrian, Managing Member, Cowboy & Company LLC, 18801 Ventura Blvd., Suite 208, Tarzana, CA 91356
Christine Bell, Liquidation Analyst, CDC Small Business Finance, 2448 Historic Decatur, Suite 200, San Diego, CA 92106
Kate Bunker, Esq., Office of the United States Trustee, 21051 Warner Center Lane, Suite 115, Woodland Hills, CA 91367
Glenn C. Kelble, Esq., Green & Campbell, LLP, 1777 East Los Angeles Avenue, Simi Valley, CA 93065-2021
Dr. Vernon Lee, Madera Ranch Dental Office, 1424 Madera Road, Suite 201, Simi Valley, CA 93065
Shawn Dean Dubois, Pacific Coast Coin & Collateral, 1424 Madera Road, Suite 102, Simi Valley, CA 93065
☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) as indicated below:
☐ Service information continued on attached page

**ADDITIONAL SERVICE INFORMATION** (if needed):

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9021-1.1

*January 2009*